FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0040

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0040

_____

THOMAS KONESKY,

   Plaintiff, Counter-Defendant,
   and Appellant,

  vs

KEVIN KELLER; KAREN L. REIFF; CHURCH,
HARRIS, JOHNSON & WILLIAMS, P.C., and
JOHN DOES A-Z;

   Defendants, Counter-Plaintiffs,
   and Appellees,       O R D E R

KEVIN KELLER,

   Third-Party Plaintiff,

  v.

DONITA KONESKY,

   Third-Party Defendant.

_____

   Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

   The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

             For the Court,

                    Electronically signed by:
                    Mike McGrath
            Chief Justice, Montana Supreme Court
                    June 30 2021